UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**PEDRO BAUTISTA,**

    **Plaintiff,**

v.                                                        Case No. 4:19-cv-00103-AWA-DEM

**NAWAB OF VIRGINIA, INC.,**

**NAWAB INDIAN CUISINE, INC.,**

**ASHOK ARORA,**

**and**

**AVINASH ARORA,**

    **Defendants.**

## **JOINT MOTION TO APPROVE SETTLEMENT**

NOW COME Pedro Bautista ("Mr. Bautista"), the plaintiff herein, Nawab of Virginia, Inc. ("Nawab") and Ashok Arora ("Mr. Arora"), by their respective counsel, and file this Joint Motion to Approve Settlement.[1]   And for their Motion, the parties respectfully state as follows:

1.     This case involves a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et. seq.*

2.     After the commencement of this case, the parties, engaged in numerous discussions designed to try and reach an accommodation of this matter.  Those efforts were successful.

3.     On or about April 17, 2020, the parties executed a Settlement Agreement resolving the matters in dispute between them.  As set forth in detail in their Memorandum in Support of Joint Motion to Approve Settlement (the "Memorandum in Support"), filed

---

[1] Defendants Avinash Arora and Nawab Indian Cuisine, Inc. were previously dismissed by Mr. Bautista.

contemporaneously herewith and incorporated herein by reference, the parties now seek this Court's approval of the Settlement Agreement.

WHEREFORE, Mr. Bautista, Nawab and Mr. Arora respectfully request that this Honorable Court (i) grant their Joint Motion to Approve Settlement Agreement, and dismiss this action with prejudice; and (ii) grant such further relief as this Honorable Court deems equitable, just and proper.

Respectfully submitted,

/s/John D. McIntyre
John D. McIntyre (VSB No. 35925)
jmcintyre@mcintyrestein.com
McIntyre Stein, PLLC
101 W. Main Street, Suite 920
Norfolk, Virginia 23510
Telephone: (757) 961-3900
Facsimile: (757) 961-3966
*Counsel for Ashok Arora and Nawab of Virginia, Inc.*

**PEDRO BAUTISTA,
Plaintiff**

By s/Rachel C. McFarland
Rachel C. McFarland (VSB No. 89391)
Jason B. Yarashes (VSB No. 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone: (434) 977-0553
Facsimile: (434) 977-0558
rmcfarland@justice4all.org
jasony@justiceall.org

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of May, 2016, that the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Rachel Colleen McFarland, Esquire
Legal Aid Justice Center
1000 Preston Avenue, Ste. A
Charlottesville, Virginia 22903
rmcfarland@justice4all.org
*Counsel for Plaintiff, Pedro Bautista*

            */s/ John D. McIntyre*
            John D. McIntyre (VSB No. 35925)
            jmcintyre@mcintyrestein.com
            McIntyre Stein, PLLC
            101 W. Main Street, Suite 920
            Norfolk, Virginia 23510
            Telephone: (757) 961-3900
            Facsimile: (757) 961-3966
            *Counsel for Defendants*